UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH TYLER LITTLEFIELD,<br><br>                     Plaintiff,<br><br>           v.<br><br>NATALIE MCNARY et al.,<br><br>                     Defendant. | CASE NO. 3:21-cv-05427-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)  The Court ADOPTS the Report and Recommendation.

(2)  Plaintiff's complaint and this action are DISMISSED without prejudice.

(3)  Plaintiff's application to proceed in forma pauperis (IFP) (Dkt. 4) is DENIED as moot.

(4)  The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

//

ORDER OF DISMISSAL - 1

DATED this 29th day of July, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2